UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JULIE REICHENBACH, on behalf
of herself and all others
similarly situated,

    Plaintiff,

v.                            Case No: 2:17-cv-212-FtM-29MRM

HEALTHCARE CONSULTANTS
ALLIANCE LLC, a Florida
limited liability company
and LARRY BEUER,
individually,

    Defendants.

_____

## **OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #10), filed June 19, 2017, recommending that the parties' Joint Motion to Approve Settlement (Doc. #9) be granted in part and denied in part to strike certain clauses from the Settlement Agreement (Doc. #9-1). No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #10) is hereby **adopted** and the findings **incorporated** herein.

2.  The Mutual Non-Disparagement and Neutral Reference clauses are hereby **stricken** from the Settlement Agreement (Doc. #9-1, ¶¶ 6-7).

3.  The parties' Joint Motion to Approve Settlement (Doc. #9) is **granted** to the extent that the Settlement Agreement (Doc. #9-1) is approved as a fair and reasonable resolution of a bona fide dispute without the inclusion of the Mutual Non-Disparagement and Neutral Reference clauses.

4.  The Clerk shall enter judgment **dismissing** the case with prejudice, terminate all deadlines and motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __7th__ day of July, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties